UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC DEMONEY,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE & HUDSON RAILWAY COMPANY D/B/A CP RAIL[1],<br><br>Defendant. | 3:17-cv-313 (BKS/DEP)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Plaintiff and Defendant, by and through the attorneys of record, hereby stipulate to dismiss the above matter with prejudice in its entirety. Said matter is hereby **DISMISSED WITH PREJUDICE**. Said dismissal is without costs, disbursements or fees to any party.

Dated: 8/10, 2018

_____
P. Matthew Darby, Esq.
Berman, Sobin, Gross, Feldman & Darby, LLP,
1301 York Road, Suite 600,
Lutherville, Maryland 21093
**ATTORNEYS FOR PLAINTIFF**

Dated: 8/15, 2018

_____
Tracey Holmes Donesky (MN # 302727)
STINSON LEONARD STREET LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.335.1500
Facsimile: 612.335.1657
*Admittted Pro Hac Vice*
**ATTORNEYS FOR DEFENDANT**

---

[1] The proper entity name of Defendant is Delaware & Hudson Railway Company, Inc. d/b/a Canadian Pacific.

/139862216.1